FILED
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WILLIE WEAVER,
Plaintiff,

vs.

PELICAN BAY STATE PRISON
Defendant.

CASE NO. CV 07 5515 JW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

SACRAMENTO AIR PORT 300 WEEKLY

1200 MONTHLY

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___

___

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

________________________________________

________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No ✓

Make ____________ Year __________ Model ____________

Is it financed? Yes ____ No ✓ If so, Total due: $ ____________

Monthly Payment: $ __________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: __________________________

________________________________________

Present balance(s): $ ________________________

Do you own any cash? Yes ____ No ✓ Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

________________________________________

8. What are your monthly expenses?

Rent: $ ____________ Utilities: ____________

Food: $ ____________ Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_______________________________________________

_______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_______________________________________________

_______________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11/05/07 — DATE

[signature] — SIGNATURE OF APPLICANT

**Case Number:**__________________

**CERTIFICATION OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Willie Eugene Weaver J91389 for the last six months at Pelican Bay State Prison where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $11.25 and the average balance in the prisoner's account each month for the most recent 6-month period was $17.45. (20%= $3.49)

Dated: 11/8/07

L Clark acct I Supr
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 11-8-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY D. Altman
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU NOV. 08, 2007

ACCOUNT NUMBER : J91389
ACCOUNT NAME : WEAVER, WILLIE EUGENE
PRIVILEGE GROUP: D
BED/CELL NUMBER: BF02U 000000210L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/01/2007 | | BEGINNING BALANCE | | | | | 6.00 |
| 05/08 | W516 | LEGAL COPY CH | 4099 | | | 2.70 | 3.30 |
| 05/08 | W516 | LEGAL COPY CH | 4099 | | | 2.70 | 0.60 |
| 05/10 | W919 | REVERSE LEGAL | 4145/3935 | | | 3.27- | 3.87 |
| 05/10 | W919 | REVERSE LEGAL | 4145/3935 | | | 1.35- | 5.22 |
| 05/10 | W861 | REVERSE LEGAL | 4145/4099 | | | 2.70- | 7.92 |
| 05/10 | W861 | REVERSE LEGAL | 4145/4099 | | | 2.70- | 10.62 |
| 07/05 | D320 | TRUST FUNDS T | 0078 CCI | | 5.32 | | 15.94 |
| 07/11* | DD30 | CASH DEPOSIT | 0197 #006 | | 67.50 | | 83.44 |
| 07/19 | W215 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 80.87 |
| 07/19 | W212 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 78.30 |
| 07/19 | W212 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 75.73 |
| 07/19 | W212 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 73.16 |
| 07/19 | W214 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 70.59 |
| 07/19 | W214 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 68.02 |
| 07/19 | W211 | FEDERAL FILIN | 0351 03/02 | | | 2.57 | 65.45 |
| 07/19 | W215 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 56.10 |
| 07/19 | W212 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 46.75 |
| 07/19 | W212 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 37.40 |
| 07/19 | W212 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 28.05 |
| 07/19 | W214 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 18.70 |
| 07/19 | W214 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 9.35 |
| 07/19 | W211 | FEDERAL FILIN | 0351 07/11 | | | 9.35 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506 CCI | 2.87 |
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506 CCI | 2.45 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96
COUNTY CODE: SAC
CASE NUMBER: 94F09335
FINE AMOUNT: $ 5,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 05/01/2007 | | BEGINNING BALANCE | | 5,393.82 |

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU NOV. 08, 2007

ACCT: J91389 ACCT NAME: WEAVER, WILLIE EUGENE ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96
COUNTY CODE: SAC

CASE NUMBER: 94F09335
FINE AMOUNT: $ 5,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 07/11/07 | DR30 | REST DED-CASH DEPOSIT | 75.00- | 5,318.82 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 6.00 | 72.82 | 78.82 | 0.00 | 5.32 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 5.32- |