WILLIE WEAVER
J-91389 B-3-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA
95531.

CONFIDENTIAL
LEGAL MAIL

CASE NO # CV-07-5515

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

26 NOV 2007 PM

02 1M
0004217666
MAILED FROM ZIP CODE 95531

RECEIVED
NOV 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JW